**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00855-CR
_____

### DAMON PAUL ORTIZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 65,109

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this court has not issued an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.

Do not publish — Tex. R. App. P. 47.2(b).